**Electronically Filed
Supreme Court
SCWC-23-0000674
30-APR-2026
10:59 AM
Dkt. 9 ODAC**

SCWC-23-0000674

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

HEIDI AKAU, as Guardian Prochein Ami of R.A., a minor,
TRISHA BOUCHER, as Guardian Prochein Ami of C.P., a minor,
RHONDA MORALES, as Guardian Prochein Ami of A.M.S., a minor,
RANDELL AKAU, CHEVELLE PETER and ANUHEA MORALES-SNELSON,
Petitioners/Plaintiffs-Appellants,

vs.

WANDA VILLAREAL, in her individual and official capacity;
KAPOLEI CHARTER SCHOOL; DEPARTMENT OF EDUCATION - STATE OF
HAWAIʻI; and HAWAIʻI STATE PUBLIC CHARTER SCHOOL COMMISSION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000674; 1CCV-20-0000138)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Nakamoto, assigned by reason of vacancy)

Petitioners' Application for Writ of Certiorari, filed

on March 23, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, April 30, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Henry T. Nakamoto

